**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LISA CAMPBELL,<br><br>                Plaintiff,<br><br>                v.<br><br>FUNCTIONAL PATHWAYS, LLC,<br><br>                Defendant. | Civil Action No. 23-1507 (BAH)<br><br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of defendant's Motion for Summary Judgment, ECF No. 18, the related memoranda and exhibits in support thereof, to which motion plaintiff failed to respond, despite the grant of multiple time extensions to do so, and the pleadings and entire record in this case, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 18, is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   April 26, 2024

 

                                                                                                  _____
                                                                                               **BERYL A. HOWELL**
                                                                                               United States District Judge